# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | EV64 |
| Violation Number | 4760822 |
| Officer Name (Print) | AMAYA |
| Officer No. | 40 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 04/02/2015  1145 |
| Offense Charged | ☒ CFR  ☐ USC  ☐ State Code — 36 CFR 4.21(c) |
| Place of Offense | S/B GWMP @ CF1 |
| Offense Description: Factual Basis for Charge | SPEED 72/50 |
| | (D) JX025933 / 1022'7" |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

| Field | Value |
|---|---|
| Last Name | MENDEZ |
| First Name | AMY |
| M.I. | J |

| Field | Value |
|---|---|
| Tag No. | WVD 6575 |
| State | VA |
| Year | 00 |
| Make/Model | SUBA/OUT |
| PASS | ☐ |
| Color | BLU |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 120  Forfeiture Amount
+ $25  Processing Fee

**PAY THIS AMOUNT →** $ 145  Total Collateral Due

### YOUR COURT DATE

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314  (703) 299-...

Date: 06/11/2015
Time: 0900

X Defendant Signature: _____

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident