IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:15-mj-01363-JDD |
| AMY J. MENDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## UNOPPOSED MOTION TO CONTINUE

COMES NOW, the Defendant, Amy J. Mendez, by and through her counsel, Sean E. Underwood, with the consent of counsel for the United States, and moves to continue the upcoming initial hearing of this case that is currently scheduled on June 11, 2015 and states as follows:

1. The initial court appearance in this case is currently scheduled for June 11, 2015. The case involves a speeding charge pursuant to 36 C.F.R. 4.21(c). Counsel is retained but has a prior scheduling conflict with a pre-scheduled trial in Fairfax County, Virginia on the current hearing date.

2. Defendant, by and through counsel, respectfully requests that this matter be continued to July 16, 2015. Upon information and belief, counsel is advised that July 16, 2015 is a regular court date for the officer who issued the ticket.

3. The United States, by and through its counsel, has consented to the relief sought in this motion.

4. A continuance of this case will not cause undue prejudice to any person or party.

WHEREFORE, for the reasons stated herein, the defendant, with consent of the United States, respectfully moves this Honorable Court for a continuance of the June 11, 2015 hearing to July 16, 2015.

        AMY J. MENDEZ
        By Counsel,


        _/s/ Sean E. Underwood_____
        Sean E. Underwood, VSB # 36117
        Counsel for Defendant
        2121 Eisenhower Avenue, Suite 200
        Alexandria, VA 22314
        Tel. (703) 339-3500
        Fax. (703) 684-3620
        Sean.underwood@cox.net

**Certificate of Service**

I HEREBY CERTIFY THAT A TRUE COPY of the foregoing was mailed and electronically sent to the Office of the United States Attorney, 2100 Jamieson Avenue, 1st Floor, Alexandria, VA 22314 on this 8th day of June, 2015.

        _/s/ Sean E. Underwood_____
        Sean E. Underwood

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:15-mj-01363-JDD |
| AMY J. MENDEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

UPON the motion of the Defendant Amy J. Mendez, by counsel, with consent of the United States, by and through its counsel, it is hereby ORDERED;

The June 11, 2015 hearing of this case is hereby continued to July 16, 2015

_____
Magistrate Judge

I ask for this:

  /s/ Sean E. Underwood_____
Sean E. Underwood, VSB 36117
Counsel for Defendant
Law Office of Sean E. Underwood
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
Tel. 703-339-3500
Fax. 703-684-3620
Sean.underwood@cox.net

Seen:

_____
United States Attorney's Office
2100 Jamieson Ave., 1ˢᵗ Floor
Alexandria, VA 22314
Tel. 703-299-3776
Fax 703-299-3980