

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:15-po-01363-IDD |
| ) | |
| AMY J. MENDEZ ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON the motion of the Defendant Amy J. Mendez, by counsel, with consent of the United States, by and through its counsel, it is hereby ORDERED;

The June 11, 2015 hearing of this case is hereby continued to July 16, 2015

/s/ 9 Jun 15

Ivan D. Davis
United States Magistrate Judge